MOST WORSHIPFUL GRAND LODGE OF FREE AND ACCEPTED ANCIENT MASONS, JURISDICTION OF N. C.; DR. JAMES E. SHEPARD, MOST WORSHIPFUL GRAND MASTER; REV. C. W. LAWRENCE, GRAND SECRETARY; AND WESTERN STAR LODGE #9 OF FREE AND ACCEPTED ANCIENT MASONS, OF SALISBURY, N. C.; ROBERT EVANS, WORSHIPFUL MASTER; J. A. THOMPSON, SECRETARY, FOR AND ON BEHALF OF ALL MEMBERS AND SUBORDINATE LODGES OF FREE AND ACCEPTED ANCIENT MASONS IN THE JURISDICTION OF NORTH CAROLINA (ORIGINAL PARTIES PLAINTIFF)—AND DR. JAMES E. SHEPARD; C. W. LAWRENCE, GEO. A. MOORE, L. W. WERTZ, M. D. LLOYD, GEO. D. CARNES, G. F. HALL, J. H. ALEXANDER, ZACK ALEXANDER, J. McNEWKIRK, ISAAC GARRIS, H. A. DAY, E. F. DAVIS, J. S. DANIELS, ROBERT EVANS, H. M. HARGRAVE AND E. H. JENKINS, ON BEHALF OF THEMSELVES AND ALL OTHER MEMBERS OF THE MOST WORSHIPFUL GRAND LODGE OF FREE AND ACCEPTED ANCIENT MASONS, JURISDICTION OF NORTH CAROLINA, AND ITS SUBORDINATE LODGES (ADDITIONAL PARTIES PLAINTIFF), v. THE MOST WORSHIPFUL NA-

TIONAL GRAND LODGE OF FREE AND ACCEPTED SCOTTISH RITE MASONS OF THE WORLD; DR. W. H. BENDERSON, NATIONAL GRAND MASTER; ERNEST JOHNSTON, NATIONAL GRAND COR. SECRETARY; ALBERT REED, NATIONAL GRAND C. SECRETARY; PROF. W. J. FITZ-PATRICK, N.G.S.; EUREKA LODGE #1; KING SOLOMON LODGE #2; ROSE OF SHARON CHAPTER O.E.S.; BETHLEHEM COURT OF ISIS; ALL OF THE MOST WORSHIPFUL NATIONAL GRAND LODGE OF FREE AND ACCEPTED ANCIENT SCOTTISH RITE MASONS OF THE WORLD; R. E. DAVIS, WORSHIPFUL MASTER; A. Z. McCOMBS, SECRETARY, AND ALL OTHERS AFFILIATED WITH OR PARTICIPATING IN AND UNDER THE SAID MOST WORSHIPFUL NATIONAL GRAND LODGE OF FREE AND ACCEPTED ANCIENT SCOTTISH RITE MASONS OF THE WORLD IN NORTH CAROLINA.

(Filed 31 October, 1945.)

**Appeal and Error § 30b—**

> Appeal from an order, allowing plaintiffs to amend their complaint and to make additional parties plaintiff, is premature and will be dismissed.

APPEAL by defendants from *Gwyn, J.,* at May Term, 1945, of ROWAN. This is an action to restrain the defendants from doing business in North Carolina.

Defendants made a special appearance, through their counsel, and moved to dismiss the action for want of jurisdiction, for that it "appears upon the face of plaintiffs' complaint, that the plaintiffs, Most Worshipful Grand Lodge of Free and Accepted Ancient Masons, Jurisdiction of North Carolina, and Western Star Lodge #9 of the Free and Accepted Ancient Masons of Salisbury, N. C.," have not the legal capacity to maintain this action. This motion has not been heard. However, since the motion challenging the jurisdiction of the court was lodged, the plaintiffs moved to amend their complaint and to make new parties. Motion allowed. From the order granting this motion, the defendants except and appeal to the Supreme Court.

*D. E. Henderson, Walter H. Woodson, and Leon P. Harris for plaintiffs.*

*Stahle Linn and R. Lee Wright for defendants.*

PER CURIAM. The question of jurisdiction is not presented for our consideration. The appeal is from the order allowing the plaintiffs to amend their complaint and to make additional parties plaintiff. The appeal is premature, and will be dismissed. *Johnson v. Ins. Co.,* 215 N. C., 120, 1 S. E. (2d), 381; *Wilmington v. Board of Education,* 210 N. C., 197, 185 S. E., 767.

Appeal dismissed.